# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| The Ace Initiative, LLC, et al.,<br><br>     Plaintiffs<br><br>v.<br><br>Raymond Scott, an individual, et al.,<br><br>     Defendants | Case No.: 2:21-cv-00434-JAD-VCF<br><br>**Remand Order**<br><br>[ECF No. 11] |

Defendants Raymond Scott and Troy Fobbs removed this case based on diversity jurisdiction more than one year after its commencement in Nevada State Court, and plaintiffs move for remand based primarily on 28 U.S.C. § 1446(c)(1). For the reasons stated at today's hearing on plaintiffs' motion to remand, IT IS HEREBY ORDERED that:

- Plaintiffs' Motion to Remand **[ECF No. 11] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 14, Case No. A-20-811610-C,** and CLOSE THIS CASE.

Dated: July 29, 2021

_____

U.S. District Judge Jennifer A. Dorsey